UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Napoleon F Vargas_
_519 Jefferson Ave_
_RVC NY 11570_

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

_Reliant Realty_

_____

(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of names.
Typically, the company or organization named in your charge
to the Equal Employment Opportunity Commission should be
named as a defendant.  Addresses should not be included here.)

**13 CV 2341**

COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION

Jury Trial: ☑ Yes  ☐ No
(check one)

RECEIVED
APR 05 2013
PRO SE OFFICE

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

_____  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
**NOTE:** In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.

_____  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
**NOTE:** In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.

_____  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
**NOTE:** In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.

__✓__  New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

_____  New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

Rev. 05/2010                                                  1

## I. Parties in this complaint:

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name _Napoleon F Varas_
Street Address _519 Jefferson Ave_
County, City _Nassau, Rockville Centre_
State & Zip Code _New York, 11570_
Telephone Number _516 708 6084_

B. List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant    Name _Reliant Realty_
Street Address _885 2nd Ave_
County, City _New York, New York_
State & Zip Code _New York 10017_
Telephone Number _646-374-0100_
_718 342 0900_

C. The address at which I sought employment or was employed by the defendant(s) is:

Employer _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

## II. Statement of Claim:

State as briefly as possible the facts of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

____   Failure to hire me.

____   Termination of my employment.

✓   Failure to promote me.

____   Failure to accommodate my disability.

✓   Unequal terms and conditions of my employment.

   _____ Retaliation.

   _____ Other acts *(specify)*: _____.

  *Note:* Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

B. It is my best recollection that the alleged discriminatory acts occurred on: **3/02/2011**.
                             *Date(s)*

C. I believe that defendant(s) *(check one)*:

   ✓ is still committing these acts against me.

   \_\_ is not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

  ☐ race _____ ☐ color _____

  ☐ gender/sex _____ ☐ religion _____

  ☑ national origin **Dominican**

  ☐ age. My date of birth is _____ *(Give your date of birth only if you are asserting a claim of age discrimination.)*

  ☐ disability or perceived disability, _____ *(specify)*

E. The facts of my case are as follow *(attach additional sheets as necessary)*:
  **see attach letter**
_____
_____
_____

  *Note:* As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.

## III. Exhaustion of Federal Administrative Remedies:

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: _____ *(Date)*.

B.  The Equal Employment Opportunity Commission *(check one)*:

　　　　✓　　　has not issued a Notice of Right to Sue letter.

　　　　✓　　　issued a Notice of Right to Sue letter, which I received on 1/10/13 *(Date)*.

*Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.  Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

　　　　　　　60 days or more have elapsed.

　　　　　　　less than 60 days have elapsed.

## IV.  Relief:

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: _____

_____

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*


**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 3 day of April, 20 13

　　　　　　　　　　　　Signature of Plaintiff　[signature]

　　　　　　　　　　　　Address　510 Jefferson Ave
　　　　　　　　　　　　　　　　　Rockville Centre, NY 11570


　　　　　　　　　　　　Telephone Number　516-708-6084
　　　　　　　　　　　　Fax Number *(if you have one)*　516 992 0136

Napoleon F Vargas
519 Jefferson Ave
Rockville Centre, NY 11570
Tel.: 516-708-6084

Rockville Centre, April 5, 2013

To Whom It May Concern:

Dear Sir Or Madam

I started to work with Realiant Realty at 885 2nd Ave, New York, NY 10017
On April 2010 I was working two and 3 weeks per month in different buildings.
On November 2010 they (company) assigned me to work full time in the building on Residential Plaza, 37 New Lots, two months pass by Amet Taylor told to the Supervisor to ask me if I liked the building to be enrolled in the union, and I answer that I like it, also I said yes.

I was enrolled in the union I have certain benefits according to the work contract, I filed a complaint to the union because they (company) have to pay me several holidays with a modification in my payments, they paid me with $ 10.00 Dollars per hour, because I filed a complaint. Since then the discrimination and harassment started.

That complaint was done on 09/FEB/2011. On 10/MAR/2011. Due the complaint that I filed they(company) send me to work to the Bronx, in the building located 350 St Anns LLP, 885 2ND Ave, 31st Floor Ste C, New York, NY 10017 347-240-8255 without notice or any written notice or justification the hire another person his name is RICARDO CALE. I am an excellent employee. I have witnesses of my work in that building

                    Carlos Grimes     Tel.: 347 - 558-0560
                    Erik Grimes       Tel.: 347 - 236-1702
                    Henry Frias        Tel.: 347 - 522-1330

Then after the transfer to the Bronx the discrimination and harassment continued. They (company) took away my work hours, they harass me, force me with threats, to work public holidays, violating the contract and my labor rights, also they make me do work that I am not supposed to do, like landscaping work (cutting grass, trim the bushes on the garden facilities, clean the empty lot) also buff the floor that is repair work not cleaning.

When they transferred me to the Bronx, according to the union contract with four months of full time on a single building I qualified to earn $ 15.00 dollars per hour. When the send me to the Bronx. They just paid me $ 10.50 and they paid me the retro active of 4 months at $ 10.00 and I already qualified for $ 15.00 dollars. Why they sent me to the Bronx earning $ 10.00.

That is an abuse

On December 2011, all of my co-workers received and Christmas bonus and I didn't receive. On December 2012 to all of my co-workers they received $400.00. And I just received $ 100.00 and I have proof that I am an excellent worker. By this abuses, I had a lot of economic problems with my family. the company has a lot of building that I could work with were I did not have to pay tolls or more gas, but they did it by evildoing.

In a single year I paid $ 3,600.00 on bridge tolls also my gas increase to $ 3,500.00 and I will be having to years since they did that abuse of authority.

They told me that they transferred me because I was working as a temporary worker and that is not true, my paycheck arrived to me as a temporal and that is other violation to my work contract, and the contract said that after 3 month working full time I will be catalog as a permanent worker, they abuse of power. And they have mocked me. And I have

proof of everything that I am writhing down.

Sincerely yours

*[signature]*

Napoleon F Vargas

STATE OF NEW YORK }
                  } SS.:
COUNTY OF NASSAU  }

*[signature]*

Notary Public

SIGNED AND SWORN TO BEFORE ME
THIS 5THOF Apr_____ YEAR 2013

*[Notary Seal: MARIA D DURAN, NOTARY, NO. 01DU6127708, QUALIFIED IN NASSAU COUNTY, 5/31/13, PUBLIC, STATE OF NEW YORK]*

EEOC Form 161 (11/09)    **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Napoleon F. Vargas<br>519 Jefferson Avenue<br>Rockville Centre, NY 11570 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is*
      *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2012-03114 | Holly M. Woodyard,<br>Investigator | (212) 336-3643 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

                                On behalf of the Commission

                                /s/ Kevin J. Berry                    January 10, 2013
Enclosures(s)                   Kevin J. Berry,                       (Date Mailed)
                                District Director

cc:
RELIANT REALTY SERVICES, INC.
Attn: Director of Human Resources
885 Second Avenue, 31st Floor
New York, NY 10017

**SEIU** — Stronger Together

# CONTRACT & GRIEVANCE CENTER (CGC)
*CENTRO DE CONTRATOS Y QUEJAS*

26 of 33

*** PLEASE COMPLETE AS FULLY AS POSSIBLE/POR FAVOR COMPLETAR LO MAS POSIBLE ***

TODAY'S DATE/FECHA DE HOY  2/9/11

DIVISION (please circle/selecione): RESIDENTIAL  COMMERCIAL  SECURITY  SCHOOLS

FIRST & LAST NAME/NOMBRE Y APELLIDO  NAPOLEON F. VARGAS BUENO

SOCIAL SECURITY NUMBER/NOMBRE DE SEGURO SOCIAL  134 98 9050

HOME ADDRESS/DOMICILIO  519 Jefferson Av. Rockville CTR N.Y.

HOME PHONE/TELEFONO DE CASA _____
CELL PHONE/TELEFONO DE CELULAR  616-708-6084

WORK PHONE/TELEFONO DE TRABAJO  17-18 342-0900
BEST TIME TO REACH/MEJOR HORA DE LOCALIZAR _____

OCCUPATION/OCUPACION  Porta Porter   SHIFT/HORARIO  De 8 A 5

BUILDING ADDRESS/DIRECCION DEL EDIFICIO  37 New Lots

EMPLOYER/COMPANY NAME/COMPANIA  Plaza Residences L.P.

HOW LONG EMPLOYED IN THE:  BUILDING/EN EL EDIFICIO  3 Meses
CUANTO TIEMPO LLEVAS TRABAJANDO:  COMPANY/CON LA COMPANIA  10 Meses
INDUSTRY/INDUSTRIA _____

## WORK PROBLEM or ISSUE/PROBLEMO O MOTIVO

☐ TERMINATION/DESPIDO: DATE OF TERMINATION/FECHAS DE SU DESPIDO _____

☐ SUSPENSION/SUSPENSION: DATE OF SUSPENSION/FECHAS DE SU SUSPENSION _____

☐ WARNING LETTER/CARTA DE ADVERTENCIA: DATE OF LETTER/FECHAS DE CARTA _____

☒ WAGE OR PAY/SALARIO        ☐ VACATION PAY/PAGO DE VACACION

☐ SICK PAY/PAGO DE ENFERMEDAD   ☐ EXCESSIVE WORKLOAD/TRABAJO EXCESSIVO

☐ CHANGE OF HOURS, WORK ASSIGNMENT OR FLOORS/ CAMBIO DE HORAS, RUTINA, O PISOS

☐ QUESTION ABOUT UNION CONTRACT/PREGUNTAS SOBRE CONTRACTO

☐ QUESTION ABOUT STATUS OF COMPLAINT/ PREGUNTAS SOBRE QUEJAS

☐ OTHER/OTRO (PLEASE EXPLAIN /EXPLIQUE)  Me pagaron a $10 pesos
el 12/25/10 Navidad.
"  1/1/11  Año Nuevo
1/17/11  Martin Lusterkin

*Please Turn Over and Complete the Other Side/Por Favor Reversa La Pagina →*

IF YOU WERE TERMINATED, SUSPENDED, OR GIVEN A WARNING LETTER, PLEASE EXPLAIN WHAT HAPPENED/SI ESTAS DESPEDIDO, SUSPENDIDO, OR RESIBES CARTA CARTA DE ADVERTENCIA, POR FAVOR EXPLIQUE QUE PASO BREVEMENT:

_____

_____

_____

NAMES OF WITNESSES/PERSONS INVOLVED/NOMBRES DE TESTIGO/PERSONAS INVOLUCRADAS:

_____

_____

* * *

IF CHANGE OF HOURS, WORK ASSIGNMENT OR FLOORS, PLEASE DESCRIBE THE CHANGE/SI CAMBIO DE HORAS, RUTINA, O PISOS, POR FAVOR EXPLIQUE EL CAMBIO:

_____

_____

* * *

IF EXCESSIVE WORKLOAD, PLEASE STATE FLOOR ASSIGNMENTS, DUTIES, AND CHANGES TO YOUR ROUTINE AND DATE OF CHANGE/SI TRABAJO EXCESIVO, POR FAVOR AFIRME ASIGNACION DE PISO, FUNCIONES, Y CUALQUIER CAMIO DE RUTINA:

_____

_____

_____

_____

* * * *

IF CONTRACT QUESTION, PLEASE DESCRIBE YOUR QUESTION/SI PREGUNTAS DE CONTRACTO, POR FAVOR DESRIBA SU PREGUNTA:

_____

_____

_____

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>CGC USE ONLY:</u>   GR INTAKE: _____   TIME COMPLETED: _____

GR NOTES: _____

_____

_____

_____

☐ Complaint Taken   ☐ Referred to GR _____   ☐ Referred to _____

Posting Date:      2011-05-31
Sequence #:        5970042089
Account #:         9983215037
Routing Transit:   02100008
Amount #:          $2787.42
Check/Serial #:    000000010443
Bank #:            802
Tran Code:         000000
IRD:               0
ItemType:          P
BOFD:              074909962
Cost Center:       203
Teller Number:     5
Teller Seq Number: 11
Processing Date:   20110531

PLAZA RESIDENCES LP
685 2ND AVE 31ST FLOOR STE C
NEW YORK NY 10017

0018-7D19
203 Temp

05/27/2011    10443
DATE          CHECK NO.

PAY TO THE ORDER OF    NAPOLEON F VARGAS BUENO
519 JEFFERSON AVENUE
ROCKVILLE CENTER NY 11570

**$2787.42**
AMOUNT

TWO THOUSAND SEVEN HUNDRED EIGHTY SEVEN AND 42/100 ........  DOLLARS

CITIBANK, N.A.

AUTHORIZED SIGNATURE(S)

⑊000001044⑊  ⑊021000089⑊  9983215037⑊

0615632052



546-706-6084

Este es el cheke del pago rethoactivo de los 4 mese que me avian pagado a§lo la hoha en Bhuklin

Esto afihma que yo ganava un suedo mayor al que me pagan desde mi tnaslado al Bhonxs

🏠 FOLD AND REMOVE                                                                                       FOLD AND REMOVE 🏠

**PERSONAL AND CHECK INFORMATION**
Napoleon Vargas- Bueno
519 Jefferson Avenue
Rockville Centre, NY 11570

**Soc Sec #:** xxx-xx-9050   **Employee ID:** 175016
**Home Department:** 203 Temp / 200 Maintenance

**Pay Period:** 12/08/12 **to** 12/14/12
**Check Date:** 12/21/12   **Check #:** 11648

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 93.85 | 19941.85 |
| **NET PAY** | **93.85** | **19941.85** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Bonus | | | 100.00 | | 100.00 |
| Hourly | | | | 1794.86 | 20526.17 |
| Hourly | | | | M4.00 | 45.50 |
| Vacation | | | | 80.00 | 920.00 |
| Holiday | | | | 88.00 | 1011.00 |
| Sick | | | | 48.00 | 554.00 |
| Birthday | | | | 8.00 | 91.00 |
| Unused Sick Time | | | | 32.00 | 372.00 |
| **EARNINGS** | | | **100.00** | **2054.86** | **23619.67** |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 4.20 | 992.03 |
| Medicare | | 1.45 | 342.49 |
| Fed Income Tax | M 0 | | 1563.72 |
| NY Income Tax | M 0 | | 747.65 |
| NY Disability | | 0.50 | 31.93 |
| **TOTAL** | | **6.15** | **3677.82** |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 93.85 | 19941.85 |

Payrolls by Paychex, Inc.

**0018 0018-4C36**  St Anns 350 Limited Partnershi • 885 Second Ave 31st Flr Ste C • New York NY  10017 • (347) 240-8255

FOLD AND REMOVE                                                                                           FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Angel E Suazo
2754 Grand Concourse Apt 3k
Bronx, NY 10451

Soc Sec #: xxx-xx-4805   Employee ID: 175008
Home Department: 201 Porter / 200 Maintenance

Pay Period: 12/08/12 to 12/14/12
Check Date: 12/21/12   Check #: 11646

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 324.81 | 21863.62 |
| **NET PAY** | **324.81** | **21863.62** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Bonus | | | 400.00 | | 400.00 |
| Hourly | | | | 1900.00 | 24351.00 |
| Hourly | | | | M40.00 | 510.00 |
| Vacation | | | | 80.00 | 1020.00 |
| Holiday | | | | 96.00 | 1234.00 |
| Holiday | | | | M8.00 | 102.00 |
| Sick | | | | 16.00 | 206.00 |
| Otheream | | | | | 772.32 |
| Unused Sick Time | | | | 64.00 | 832.00 |
| **EARNINGS** | | | **400.00** | **2204.00** | **29427.32** |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 16.80 | 1203.51 |
| Medicare | | 5.80 | 415.50 |
| Fed Income Tax | S 1 | 34.47 | 2981.75 |
| NY Income Tax | S 1 | 10.59 | 1016.37 |
| NY Disability | | 0.60 | 31.71 |
| NY NYC Inc | S 1 | 6.93 | 647.54 |
| **TOTAL** | | **75.19** | **6296.38** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Pretxmed | | 772.32 |
| Union1st | | 495.00 |
| **TOTAL** | | **1267.32** |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 324.81 | 21863.62 |

*Payrolls by Paychex, Inc.*

**0018 0018-4C36**  St Anns 350 Limited Partnershi • 885 Second Ave 31st Flr Ste C • New York NY 10017 • (347) 240-8255

**PERSONAL AND CHECK INFORMATION**
Publio A Polanco
80 Bennett Ave, Apt 5b
New York, NY 10033

Soc Sec #: xxx-xx-0937    **Employee ID:** 175003
**Home Department:** 201 Porter / 200 Maintenance

**Pay Period:** 12/08/12 to 12/14/12
**Check Date:** 12/21/12    **Check #:** 11645

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Check Amount | 0.00 | 821.46 |
| Chkg 7548 | 312.05 | 20504.94 |
| **NET PAY** | **312.05** | **21326.40** |

**EARNINGS**

| DESCRIPTION | | THIS PERIOD ($) | HOURS | YTD ($) |
|---|---|---:|---:|---:|
| Bonus | | 400.00 | | 400.00 |
| Hourly | | | 1836.00 | 23829.12 |
| Hourly | | | M8.00 | 103.36 |
| Vacation | | | 80.00 | 1033.60 |
| Vacation | | | M80.00 | 1053.60 |
| Holiday | | | 104.00 | 1353.68 |
| Sick | | | 16.00 | 206.72 |
| Coe - 2 | | | | |
| Sickmemo-Memo | | | | |
| Holimemo-Memo | | | | |
| Vacmemo-Memo | | | | |
| Birthday | | | 8.00 | 103.36 |
| Unused Sick Time | | | 64.00 | 842.88 |
| **EARNINGS** | | **400.00** | **2196.00** | **28926.32** |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---:|---:|
| Social Security | | 16.80 | 1214.91 |
| Medicare | | 5.80 | 419.43 |
| Fed Income Tax | S 0 | 45.43 | 3646.25 |
| NY Income Tax | S 0 | 11.71 | 1096.18 |
| NY Disability | | 0.60 | 32.17 |
| NY NYC Inc | S 0 | 7.61 | 695.98 |
| **TOTAL** | | **87.95** | **7104.92** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Union1st | | 495.00 |
| **TOTAL** | | **495.00** |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| | 312.05 | 21326.40 |

Payrolls by Paychex, Inc.

**0018 0018-4C36** St Anns 350 Limited Partnershi • 885 Second Ave 31st Flr Ste C • New York NY 10017 • (347) 240-8255

FOLD AND REMOVE 28 of 33 FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Nappleon F Vargas Bueno
519 Jefferson Avenue
Rockville Center, NY 11570

Soc Sec #: xxx-xx-9050   Employee ID: 360029
Home Department: 203 Temp / 200 Maintenance

Pay Period: 03/06/11 to 03/12/11
Check Date: 03/18/11    Check #: 10316

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 75.08 | 3575.66 |
| NET PAY | 75.08 | 3575.66 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 8.00 | 10.0000 | 80.00 | 408.00 | 4080.00 |
| holiday ot | | | | 8.00 | 120.00 |
| EARNINGS | 8.00 | | 80.00 | 416.00 | 4200.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 3.36 | 176.40 |
| Medicare | | 1.16 | 60.90 |
| Fed Income Tax | M 0 | | 262.16 |
| NY Income Tax | M 0 | | 118.48 |
| NY Disability | | 0.40 | 6.40 |
| TOTAL | | 4.92 | 624.34 |

*Handwritten notes:*
TENIA 24
ME PAGARON-8
ESTO FUE CUANDO ME MANDARON PARA EL BRONXS

(16 H. PENDIENTE)

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 75.08 | 3575.66 |

Payrolls by Paychex, Inc.

0018 0018-7D19   Plaza Residences Lp • 885 2nd Ave 31st Floor Ste C • New York NY 10017

🏠 FOLD AND REMOVE                                                                                      FOLD AND REMOVE 🏠

24 of 33

| PERSONAL AND CHECK INFORMATION | EARNINGS | | | | | |
|---|---|---|---|---|---|---|
| Napoleon Vargas- Bueno | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
| 519 Jefferson Avenue | Hourly | 40.00 | 11.3750 | 455.00 | 1044.62 | 11882.55 |
| Rockville Centre, NY 11570 | Hourly | | | | M4.00 | 45.50 |
| | Vacation | | | | 40.00 | 455.00 |
| Soc Sec #: xxx-xx-9050   Employee ID: 175016 | Holiday | | | | 40.00 | 455.00 |
| Home Department: 203 Temp / 200 Maintenance | Sick | | | | 8.00 | 91.00 |
| | Birthday | | | | 8.00 | 91.00 |
| Pay Period: 07/14/12 to 07/20/12 | EARNINGS | 40.00 | | 455.00 | 1144.62 | 13020.05 |
| Check Date: 07/27/12   Check #: 11509 | | | | | | |

(Soc Sec line and Home Department line circled)

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 19.11 | 546.84 |
| | Medicare | | 6.60 | 188.79 |
| | Fed Income Tax | M 0 | 29.92 | 859.53 |
| | NY Income Tax | M 0 | 14.38 | 410.83 |
| | NY Disability | | 0.60 | 17.63 |
| | **TOTAL** | | 70.61 | 2023.62 |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 384.39 | 10996.43 |
| NET PAY | 384.39 | 10996.43 |

*Handwritten note:* (Yo No soy Temporero) Y Todos Los cheque Me LLegan Asi

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 384.39 | 10996.43 |

Payrolls by Paychex, Inc.

0018 0018-4C36  St Anns 350 Limited Partnershi • 885 Second Ave 31st Flr Ste C • New York NY 10017 • (347) 240-8255

## PERSONAL AND CHECK INFORMATION

Napoleon Vargas- Bueno
519 Jefferson Avenue
Rockville Centre, NY 11570

Soc Sec #: xxx-xx-9050      Employee ID: 175016
Home Department: 203 Temp / 200 Maintenance

Pay Period: 10/06/12 to 10/12/12
Check Date: 10/19/12      Check #: 11581

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 318.85 | 16024.45 |
| NET PAY | 318.85 | 16024.45 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 23.97 | 11.6250 | 278.65 | 1492.19 | 17007.63 |
| Holiday | 8.00 | 11.6250 | 93.00 | 56.00 | 639.00 |
| Hourly | | | | M4.00 | 45.50 |
| Vacation | | | | 80.00 | 920.00 |
| Sick | | | | 24.00 | 275.00 |
| Birthday | | | | 8.00 | 91.00 |
| **EARNINGS** | **31.97** | | **371.65** | **1664.19** | **18978.13** |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 15.61 | 797.08 |
| Medicare | | 5.39 | 275.18 |
| Fed Income Tax | M 0 | 21.59 | 1255.44 |
| NY Income Tax | M 0 | 9.61 | 600.55 |
| NY Disability | | 0.60 | 25.43 |
| **TOTAL** | | **52.80** | **2953.68** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 318.85 | 16024.45 |

Payrolls by Paychex, Inc.
0018 0018-4C36  St Anns 350 Limited Partnershi • 885 Second Ave 31st Flr Ste C • New York NY  10017 • (347) 240-8255

**PERSONAL AND CHECK INFORMATION**
Napoleon Vargas- Bueno
519 Jefferson Avenue
Rockville Centre, NY 11570

Soc Sec #: xxx-xx-9050    Employee ID: 175016
Home Department: 203 Temp / 200 Maintenance

Pay Period: 10/29/11 to 11/04/11
Check Date: 11/10/11    Check #: 11278

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 279.61 | 13129.78 |
| **NET PAY** | **279.61** | **13129.78** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 28.38 | 11.3750 | 322.82 | 1284.90 | 13531.16 |
| Retro Pay | | | | 216.00 | 192.00 |
| holiday ot | | | | 16.00 | 262.50 |
| Overtime | | | | 7.25 | 114.19 |
| Holiday | | | | 44.00 | 469.00 |
| Sick | | | | 48.00 | 511.00 |
| Vacation | | | | 40.00 | 455.00 |
| **EARNINGS** | 28.38 | | 322.82 | 1656.15 | 15534.85 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 13.55 | 652.46 |
| Medicare | | 4.68 | 225.26 |
| Fed Income Tax | M 0 | 17.09 | 1031.25 |
| NY Income Tax | M 0 | 7.29 | 474.50 |
| NY Disability | | 0.60 | 21.60 |
| **TOTAL** | | 43.21 | 2405.07 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 279.61 | 13129.78 |

Payrolls by Paychex, Inc.

0018 0018-4C36  St Anns 350 Limited Partnershi • 885 Second Ave 31st Flr Ste C • New York NY 10017 • (347) 240-8255

---

*Handwritten note:*

Alegan que no ponche
de 12:Me pagaron 4 Hora
me disen que no ponche
La. Hoja de abajo es el Horario
que yo ponche

**PERSONAL AND CHECK INFORMATION**
Napoleon Vargas- Bueno
519 Jefferson Avenue
Rockville Centre, NY 11570

Soc Sec #: xxx-xx-9050   Employee ID: 175016
Home Department: 203 Temp / 200 Maintenance

Pay Period: 07/14/12 to 07/20/12
Check Date: 07/27/12   Check #: 11509

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 384.39 | 10996.43 |
| **NET PAY** | **384.39** | **10996.43** |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 11.3750 | 455.00 | 1044.62 | 11882.55 |
| Hourly | | | | M4.00 | 45.50 |
| Vacation | | | | 40.00 | 455.00 |
| Holiday | | | | 40.00 | 455.00 |
| Sick | | | | 8.00 | 91.00 |
| Birthday | | | | 8.00 | 91.00 |
| **EARNINGS** | 40.00 | | 455.00 | 1144.62 | 13020.05 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 19.11 | 546.84 |
| Medicare | | 6.60 | 188.79 |
| Fed Income Tax | M 0 | 29.92 | 859.53 |
| NY Income Tax | M 0 | 14.38 | 410.83 |
| NY Disability | | 0.60 | 17.63 |
| **TOTAL** | | **70.61** | **2023.62** |

(Yo No soy Temponero) y Todos Los cheque me llegan así

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 384.39 | 10996.43 |

Payrolls by Paychex, Inc.

0018 0018-4C36   St Anns 350 Limited Partnershi • 885 Second Ave 31st Flr Ste C • New York NY 10017 • (347) 240-8255



**SERVICE EMPLOYEES
INTERNATIONAL UNION
CTW, CLC**

**MICHAEL P. FISHMAN**
President

**KEVIN J. DOYLE**
Executive Vice President

**HÉCTOR J. FIGUEROA**
Secretary-Treasurer

**VICE PRESIDENTS**
KYLE BRAGG
GEORGE FRANCISCO
LENORE FRIEDLAENDER
BRIAN LAMBERT
VALARIE LONG

**Local 32BJ Headquarters**
25 West 18th street
New York, NY 10011-4676
212.388.3800

**Capital Area District**
Washington 202.387.3211
Baltimore 410.244.5970,
866.925.3225
Silver Spring 301.562.9301

**Connecticut District**
800.228.5253
Hartford 860.560.8674
Stamford 203.602.6615

**District 1201**
215.923.5488

**Florida District**
305.672.7071

**Hudson Valley District**
914.637.7000

**Mid-Atlantic District**
215.226.3600

**National Conference of Firemen and Oilers**
202.962.0981

**New Jersey District**
973.824.3225

**Western Pennsylvania**
412.471.0690

www.seiu32bj.org

## HARASSMENT LETTER

February 7, 2012

ST. ANN'S 350 LIMITED PARTNERSHIP
885 2ND AVENUE, 31ST FLOOR, SUITE C
NEW YORK, NY 10017

    **Re:**    **350 ST. ANN'S AVE**
               **NAPOLEON F VARGAS**

To Whom It May Concern:

We are writing to express our concern about a complaint filed by NAPOLEON F VARGAS employed at above-referenced building location as a Porter. This member claims that their supervisor Hamed Taylor has been harassing him during the performance of their job duties. We are asking that this supervisor be instructed to immediately cease and desist from any further harassing behavior or be cited for harassment.

If this harassment continues, SEIU Local 32BJ will be forced to take further action regarding this matter. We would prefer to see this matter resolved amicably so that both our members and your employees work in a productive and professional environment.

Very truly yours,

Corrado Meola
Grievance Representative

cc:    NAPOLEON F VARGAS
       519 JEFFERSON AVE
       ROCKVILLE CTR, NY 11570